## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RED VISION SYSTEMS, INC. AND TITLEVISION TEXAS, LLC | : No. 50 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| NATIONAL REAL ESTATE INFORMATION SERVICES, L.P., NATIONAL REAL ESTATE INFORMATION SERVICES, INC., AND NREIS OF TEXAS, LLC | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: THOMAS K. LAMMERT JR. | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.